UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-02009-JMS-MJD |
| ) | |
| GERALD L. COWAN, ) | |
| KENT EMSWILLER, ) | |
| EMSWILLER, WILLIAMS, NOLAND & ) | |
| CLARK, A PROFESSIONAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants Gerald L. Cowan, Kent Emswiller, and Emswiller, Williams, Noland & Clark, a Professional Corporation, removed this action to this Court on June 14, 2017, alleging that this Court has diversity jurisdiction over this matter. [Filing No. 1.] On June 15, 2017, the Court ordered Defendants to file an Amended Notice of Removal properly alleging the basis for this Court's diversity jurisdiction. [Filing No. 3.] In the same Order, the Court reminded Ms. Ruckelshaus of her obligation to comply with Local Rule 81-1, which provides:

> Within 30 days after the filing of the notice of removal, every plaintiff who has not filed a motion to remand must file a statement responding to the notice of removal's allegations as to the citizenship of the parties and the amount in controversy. If the plaintiff lacks sufficient information upon which to form a belief about those allegations despite meeting and conferring in good faith with the removing party about them, the plaintiff may so state.

[Filing No. 3 at 2.] On June 21, 2017, Defendants filed an Amended Notice of Removal, in which they adequately set forth the basis for this Court's diversity jurisdiction. [Filing No. 7.]

Although more than 30 days have passed since the filing of the Amended Notice of Removal, Plaintiff has not filed a response as required by Local Rule 81-1. The Court **ORDERS** Plaintiff to comply with Local Rule 81-1 by **August 2, 2017**.

Date: 7/26/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**