UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-02009-JMS-MJD |
| | ) |
| GERALD L. COWAN, | ) |
| KENT EMSWILLER, | ) |
| EMSWILLER, WILLIAMS, NOLAND & | ) |
| CLARK, A PROFESSIONAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING REQUEST FOR LATER START
TIME FOR NOVEMBER 20, 2017 HEARING**

This matter comes before the Court on Defendants' Motion Requesting Later Time for November 20, 2017 Hearing. [Dkt. 29.] The Court, being duly advised, hereby **GRANTS** Defendants' Motion and hereby **RESCHEDULES** the start time of the hearing scheduled for **November 20, 2017** from 12:00 p.m. **to 3:00 p.m. (Eastern)**. All other requirements of the Court's order dated November 15, 2017 [Dkt. 25] remain in effect.

SO ORDERED.

Dated: 17 NOV 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.