UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:17-cv-02009-JMS-MJD |
| | ) |
| GERALD L. COWAN, | ) |
| KENT EMSWILLER, | ) |
| EMSWILLER, WILLIAMS, NOLAND & | ) |
| CLARK, A PROFESSIONAL | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

The Court's Minute Entry for October 27, 2017 [Dkt. 22] ordered in part as follows:

> Defendants shall provide their overdue response to Plaintiff's initial settlement demand, with a copy to the Magistrate Judge, on or before **November 1, 2017**.

[Dkt. 22 at 1.] The Court has received no evidence of Defendants' compliance with this order.

Accordingly, on or before **November 27, 2017**, Defendants shall provide the Magistrate Judge proof of service of a response to Plaintiff's settlement demand as ordered, or shall show cause why Defendants should not be sanctioned for their failure to comply with the Court's order.

SO ORDERED.

Dated: 20 NOV 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.