UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERALD L. COWAN, ) <br> KENT EMSWILLER, ) <br> EMSWILLER, WILLIAMS, NOLAND & ) <br> CLARK, A PROFESSIONAL ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | No. 1:17-cv-02009-JPH-MJD |

**FINAL JUDGMENT**

For the reasons set forth in the accompanying Entry, the Court now enters **FINAL JUDGMENT** in this action. This case is **DISMISSED with prejudice.**

Date: 8/16/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_Pam Pope_
By: Deputy Clerk

Distribution:

Philip Edward Kalamaros
HUNT SUEDHOFF KALAMAROS
pkalamaros@hsk-law.com

Robert Joseph Nice
THE NICE LAW FIRM
rjnice@nicelawfirm.com

John G. Shubat
THE NICE LAW FIRM
jgshubat@nicelawfirm.com