UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)    1:17-cv-02009-JPH-MJD<br>GERALD L. COWAN; )<br>KENT EMSWILLER; and, )<br>EMSWILLER, WILLIAMS, NOLAND & )<br>CLARK, a professional corporation, )<br>)<br>   Defendants. ) | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is hereby given that Plaintiff-Appellant, Elizabeth G. Ruckelshaus, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order granting Defendants, Gerald Cowan, et al.'s, Motion for Summary Judgment, and judgment in favor of Defendants, Gerald Cowan, et al., entered in this action via this Court's August 16, 2019, Final Judgment Order, attached hereto as Exhibit A, and this Court's August 16, 2019, Order on Motions for Summary Judgment, attached hereto as Exhibit B.

In accordance with Circuit Rule 26.1, the Disclosure Statement is attached hereto as Exhibit C.  Additionally, in accordance with Circuit Rule 3(c), the Docketing Statement is being filed by Plaintiff-Appellant concurrently with this Notice of Appeal.

Respectfully submitted,

/s/ John G. Shubat
John G. Shubat, Atty. #1407-06
Robert J. Nice, Atty. #10466-49
*Counsel for Plaintiff*
THE NICE LAW FIRM, LLP

        1311 W. 96th Street, Suite 200
        Indianapolis, IN 46260
        Phone: (317) 269-3500 Fax: (855) 582-7900
        E-mail: jgshubat@nicelawfirm.com
        E-mail: rjnice@nicelawfirm.com

        */s/ Briane M. House*
        Briane M. House, Atty. #8287-30
        *Counsel for Plaintiff*
        PRITZKE & DAVIS, LLP
        728 N. State Street
        P.O. Box 39
        Greenfield, IN 46140
        Phone: (317) 462-3434
        Fax: (317) 462-3494 Fax
        E-mail: bhouse@pritzkeanddavis.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Philip E. Kalamaros, Esq.
HUNT SUEDHOFF KALAMAROS
*pkalamaros@hsk-law.com*

        /s/ John G. Shubat
        John G. Shubat