UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH G. RUCKELSHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-02009-JPH-MJD |
| | ) |
| GERALD L. COWAN, | ) |
| KENT EMSWILLER, | ) |
| EMSWILLER, WILLIAMS, NOLAND & | ) |
| CLARK, A PROFESSIONAL | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

For the reasons set forth in the accompanying Entry, the Court now enters **FINAL JUDGMENT** in this action. This case is **DISMISSED with prejudice.**

Date: 8/16/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

*Pam Pope*
By: Deputy Clerk

Distribution:

Philip Edward Kalamaros
HUNT SUEDHOFF KALAMAROS
pkalamaros@hsk-law.com


PLAINTIFF'S EXHIBIT A

Robert Joseph Nice
THE NICE LAW FIRM
rjnice@nicelawfirm.com

John G. Shubat
THE NICE LAW FIRM
jgshubat@nicelawfirm.com